JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Tissue Anchor Innovations, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>Fountain Valley Regional Hospital and Medical Center, Los Alamitos Medical Center, and Boston Scientific Corporation,<br><br>Defendants. | Case No.: 8:19-CV-00791-JVS-ADS<br><br>**ORDER JOINT STIPULATION REGARDING VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>Complaint Filed: April 30, 2019 |

Having considered the parties' Joint Stipulation Regarding Voluntary Dismissal With Prejudice, it is hereby **ORDERED** that the stipulation is **GRANTED**.

The instant proceeding is **DISMISSED WITH PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and each party shall bear its own attorneys' fees and costs.

Date: September 08, 2020

_____
Hon. James V. Selna
United States District Court Judge